**IT IS ORDERED as set forth below:**



Date: March 3, 2020

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TALLAPOOSA RENEWABLE GREEN | : | CHAPTER 11 |
| ENERGY, INC., | : | CASE NO. 19-12150-whd |
| | : | JUDGE W. HOMER DRAKE, JR. |
| Debtor. | : | |

### ORDER ON MOTION AND COMBINED BRIEF FOR ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION

R. Richard Sargent ("Creditor") in the above-referenced case, having filed a Motion and Combined Brief for Order Authorizing Bankruptcy Rule 2004 Examination (the "Motion"), and the Court having read and considered the Motion, and it appearing that sufficient cause exists to grant same, now therefore said Motion is hereby **GRANTED**, and

**IT IS HEREBY ORDERED** that Debtor, Tallapoosa Renewable Green Energy, Inc., and specifically its principal Lindsey Evans, is hereby directed to appear for examination, as contemplated by the Rule at the offices of R. Brian Wooldridge, Attorney for Creditor, 28 Jackson Street, Newnan, Georgia 30263, at 10:30 a.m. on March 11th, 2020, unless an alternative location and date is mutually agreed between the parties, and is directed to produce those documents

reflected on the list included within paragraph 6 of Creditor's Motion. Counsel for the moving parties may further command the production of additional documents by subpoena pursuant to Federal Rule of Civil Procedure 45 and Federal Rule of Bankruptcy Procedure 9016.

[END OF DOCUMENT]

PRESENTED BY:

MANN & WOOLDRIDGE, P.C.

By:/s/ *R. Brian Wooldridge*
    R. Brian Wooldridge
    Attorney for Creditor
    State Bar No. 775981

28 Jackson Street
P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
bwool@mwklaw.org

PARTIES TO BE SERVED:

R. Brian Wooldridge
Mann & Wooldridge, P.C.
P. O. Box 310
Newnan, GA 30264-0310

Tallapoosa Renewable Green Energy, Inc.
264 Stoffel Drive
Tallapoosa, GA 30176

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
3350 Riverwood Parkway, Ste. 2100
Atlanta, GA 30339

Leslie M. Pineyro, Trustee.
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

J. Nevin Smith
402 Newnan Street
Carrollton, Georgia 30117

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303