IT IS ORDERED as set forth below:



Date:  August 7, 2020

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| In re:<br><br>**TALLAPOOSA RENEWABLE GREEN ENERGY, INC.,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-12150-WHD** |
|---|---|

**ORDER ON SECOND INTERIM APPLICATION OF THE CHAPTER 11 TRUSTEE
FOR SERVICES PURSUANT TO 11 U.S.C. § 330**

On July 13, 2020, Leslie Pineyro, in her capacity as the Chapter 11 Trustee (the "Applicant" or "Trustee"), filed her *Second Interim Application of Chapter 11 Trustee for Compensation for Services Pursuant to 11 U.S.C. § 330* (Doc. No. 129) (the "Application").  The docket reflects that a copy of the Application was served upon all parties-in-interest pursuant to General Order No. 24-2018. Twenty-one days have passed since the filing and service of the Application and no party in interest has filed an objection to such Application pursuant to the requirements of General Order No. 24-2018. Accordingly, the Court has reviewed the Application and determined that the Application should be granted without the necessity of a hearing. Upon review of the Application, the Court has determined that the Applicant is entitled to relief. Accordingly, it is

ORDERED AND ADJUDGED that the Trustee has rendered valuable legal services to the estate of the Debtor and is hereby allowed and awarded $3,635.00 as compensation for said services; and it is further

ORDERED AND ADJUDGED that the Trustee is hereby allowed and awarded $686.75 as reimbursement from the Debtor for reasonable and necessary expenses incurred in connection with the above-referenced legal services; and it is further

FURTHER ORDERED AND ADJUDGED that the Debtor's estate is authorized to pay the $4,321.75 award to the Trustee.

**END OF DOCUMENT**

Prepared by:
**JONES & WALDEN, LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Chapter 11 Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
ljones@joneswalden.com
(404) 564-9300 Telephone

Distribution List:

Leon Jones, Jones & Walden, LLC, 699 Piedmont Avenue, NE, Atlanta, Georgia 30308

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303

Tallapoosa Renewable Green Energy, Inc., 264 Stoffel Drive, Tallapoosa, Georgia 30176